

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00507-CR

CARL ROBERSON                                                      APPELLANT

V.

THE STATE OF TEXAS                                                      STATE

----------

### FROM THE 362ND DISTRICT COURT OF DENTON COUNTY
### TRIAL COURT NO. F-2013-1844-D

----------

## MEMORANDUM OPINION[1]

----------

Appellant Carl Roberson attempts to appeal his conviction for driving while intoxicated. The trial court's certification states that this "is a plea-bargain case, and the defendant has NO right of appeal" and that "the defendant has waived the right of appeal." *See* Tex. R. App. P. 25.2(a)(2). We notified Roberson that the appeal would be dismissed pursuant to the trial court's certification unless he

---

[1]*See* Tex. R. App. P. 47.4.

or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d), 44.3. Roberson filed a response, but it does not show grounds for continuing the appeal. Therefore, in accordance with the trial court's certification, we dismiss this appeal. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL:  MEIER, GABRIEL, and SUDDERTH, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  February 26, 2015